[Decided November 30, 1896.]
## SHULTS *v.* HAMON.

APPEAL from Linn County.

Action by William Shults against C. C. Hamon, wherein plaintiff was defeated and appeals.

*Mr. W. R. Bilyeu,* for appellant.

*Messrs. Blackburn & Somers,* for respondent.

It appearing that the matters in dispute had been amicably settled out of court, the motion for dismissal was allowed.   No opinion.

DISMISSED.

[Decided December 29, 1897.]
## OREGON LAND COMPANY *v.* CRAGIN.

APPEAL from Marion County.

*Messrs. Robert G. Morrow* and *Edward B. Watson,* for Stubbings.

*Mr. George G. Bingham,* for Marion County.

*Messrs. Bonham & Holmes,* for Oregon Land Company.

This matter having been adjusted out of court, a decree was entered similar in all respects to the one in *Oregon Land Company* v. *Stubbings, ante,* p. 579.   No opinion.

MODIFIED.